IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CV12-RLV-DSC

| ROBERT L. REININGER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| AZDEL, INC. RETIREMENT PLAN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion for Permission to Conduct [Early] Discovery" (document #12). In the subject Motion, Plaintiff sought leave to conduct discovery during the pendency of Defendant's "Partial Motion to Dismiss" (document #5).

On March 1, 2011, the Honorable Richard L. Voorhees <u>granted</u> Defendant's Partial Motion to Dismiss. Accordingly, "Plaintiff's Motion for Permission to Conduct [Early] Discovery" (document #12) is **DENIED AS MOOT**.

The parties are **ORDERED** to conduct and certify the Initial Attorneys' Conference as required by the Local Rules.

**SO ORDERED.**

Signed: March 7, 2011

David S. Cayer
United States Magistrate Judge