IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09-cv-00012-RLV-DSC

| | |
|---|---|
| **ROBERT L. REININGER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **AZD EL, INC. RETIREMENT PLAN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon the Joint Motion of the Plaintiff Robert L. Reininger ("Plaintiff") and Defendant AZDEL, Inc. Retirement Plan ("Defendant"), (collectively, the "Parties"), and the advice of counsel that this matter has been settled pending execution of a written settlement agreement, it is **ORDERED** that the Pre-Trial Order and Case Management Plan, and all deadlines contained therein, are **SUSPENDED**. Counsel for the parties shall notify the Court when the settlement agreement has been executed and file a stipulation of dismissal pursuant to Rule 41(a) of the Rules of Civil Procedure.

**SO ORDERED**.

Signed: February 21, 2012

David S. Cayer
United States Magistrate Judge